```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JEFFREY A. WEDEMIRE,                          :
                                              :
                              Plaintiff,      :
                                              :       20-CV-2319 (VEC)
              -against-                       :
                                              :       ORDER
                                              :
LUIS A. CONCEPCION AND MILLER AUTO            :
LEASING CO.,                                  :
                                              :
                              Defendant.      :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on December 17, 2019 Plaintiff filed a Complaint in the Bronx County Supreme Court (Dkt. 1);

   WHEREAS on March 16, 2020 Defendant filed a Notice of Removal, removing this case to the United States District Court for the Southern District of New York (Dkt. 1);

   WHEREAS venue is proper in a "judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated," 28 U.S.C. § 1391(b)(2);

   WHEREAS Plaintiff's Complaint indicates that the accident giving rise to this claim occurred at 192 Court Street, Brooklyn, New York 11201 (Dkt. 1, Ex. A);

   IT IS HEREBY ORDERED that no later than **April 3, 2020**, either party may file a letter showing cause why this case should not be transferred to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1404(a). If there is no objection or if any objection is not well founded, the case will be transferred.

**SO ORDERED.**

**Date:  March 18, 2020**
　　　　**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**