```
UNITED STATES DISTRICT COURT                                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                               DOCUMENT
------------------------------------------------------------X  ELECTRONICALLY FILED
 JEFFREY A. WEDEMIRE,                           :           DOC #:
                                                :           DATE FILED: 4/6/2020
                               Plaintiff,       :
                                                :              20-CV-2319 (VEC)
                  -against-                     :
                                                :                  ORDER
                                                :
 LUIS A. CONCEPCION AND MILLER AUTO             :
 LEASING CO.,                                   :
                                                :
                               Defendant.       :
------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 17, 2019 Plaintiff filed a Complaint in the Bronx County Supreme Court (Dkt. 1);

WHEREAS on March 16, 2020 Defendant filed a Notice of Removal, removing this case to the United States District Court for the Southern District of New York (Dkt. 1);

WHEREAS venue is proper in a "judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated," 28 U.S.C. § 1391(b)(2);

WHEREAS Plaintiff's Complaint indicates that the accident giving rise to this claim occurred at 192 Court Street, Brooklyn, New York 11201 (Dkt. 1, Ex. A);

WHEREAS Plaintiff failed to provide a well-founded objection why this case should not be transferred to the United States District Court for the Eastern District of New York (Dkt.6);

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 1404(a), this case is immediately TRANSFERRED to the United States District Court for the Eastern District of New York.

**SO ORDERED.**

**Date:  April 6, 2020**
      **New York, New York**

                                          **VALERIE CAPRONI**
                                        **United States District Judge**